**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 12-cv-00706-WJM

SHAWN LOVETT,

    Applicant,

v.

COLORADO STATE PENITENTIARY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the Application for a Writ of Habeas Corpus Filed Pursuant to 28 U.S.C. § 2254, it is

**ORDERED** that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in *People v. Shawn Lovett*, El Paso County District Court Case No. 07CR5489, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

**FURTHER ORDERED** that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
             El Paso County District Court
             P.O. Box 2980

       Colorado Springs, Colorado 80901-2980; and
(2)    Court Services Manager
       State Court Administrator's Office
       101 W. Colfax, Ste. 500
       Denver, Colorado  80202.

Dated this 31st day of July, 2012.

BY THE COURT:

_____
William J. Martínez
United States District Judge