**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   12-cv-00706-WJM

SHAWN LOVETT,

    Applicant,

v.

COLORADO STATE PENITENTIARY, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## FINAL JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a),the Order on Application for Writ of Habeas Corpus, entered by the Honorable William J. Martínez, United States District Judge on November 5, 2012, and all previous Orders entered in this case,

IT IS ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 (ECF No. 1) is denied and this case is dismissed with prejudice.

IT IS FURTHER ORDERED that there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c).

IT IS FURTHER ORDERED that each party shall pay its own costs.

Dated at Denver, Colorado, this ___5th___ day of November 2012.

                BY THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler, Deputy Clerk